## BRITT v. SARATT.

(Decided November 20, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN C. PUGH.

No counsel marked for appellant. I. M. ENGEL, for appellee.

Per curiam. Affirmed on certificate.

---

## BRYAN v. WINFIELD MERCANTILE CO.

(Decided December 1, 1916.)

APPEAL from Marion Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant. E. B. & K. V. FITE, for appellee.

Per curiam. Affirmed on certificate.

---

## BURROUGHS ADDING MACHINE CO. v. NORTHPORT BANK.

(Decided November 28, 1916.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

VERNER & RICE, for appellant. RICE & TAYLOR, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## CARPENTER v. THE STATE.

(Decided November 21, 1916.)

APPEAL from Washington Circuit Court.

Heard before Hon. BEN D. TURNER.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Dismissed on motion of Attorney General.